# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Michelle S. Castellanos | ) | Case No: 14 C 1841 |
| v. | ) | |
| Shawn Lawryn et al | ) | Judge: John W. Darrah |

## **ORDER**

Ruling on motion hearing held. Defendants' partial motion to dismiss [13] and defendant City Of Chicago's motion for judgment on the pleadings [16] are withdrawn without prejudice with leave to re-file. Amended complaint to be filed by 6/25/14. Responsive pleadings to be filed by 7/25/14. Rule 26(a)(1) disclosures to be exchanged by 7/25/14. Status hearing set for 6/19/14 is re-set to 9/30/14 at 9:30 a.m.

(T:) 00:05

Date: 6/11/14 /s/ Judge John W. Darrah